UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv460-RJC

| | |
|---|---|
| DEBRA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| HARTFORD LIFE & ACCIDENT | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** comes before the undersigned on Plaintiff's motion to remand this action to state court pursuant to 28 U.S.C. §1447(c).

On April 28, 2008, this case was filed in the General Court of Justice, Superior Court Division of Mecklenburg County, North Carolina. On October 6, 2008, Defendant Hartford filed a Notice of Removal of the action to this Court. On November 5, 2008, Plaintiff filed her Motion to Remand to State Court. On November 21, 2008, Defendant consented to Plaintiff's Motion.

**IT IS, THEREFORE, ORDERED**, pursuant to 28 U.S.C. §1447(c), that this case is remanded to the state court where it was originally filed.

Signed: December 1, 2008

Robert J. Conrad, Jr.
Chief United States District Judge